IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PAUL CASTANEDA,**

    **Plaintiff,**

**v.**                                                                                                    **No. CIV-14-0103 RB/LAM**

**THE CITY OF ALBUQUERQUE, et al.,**

    **Defendants.**

## ORDER SETTING TELEPHONIC CASE MANAGEMENT STATUS CONFERENCE

MATTER(S) TO BE HEARD:            **Case Management Status Conference**

DATE AND TIME OF HEARING:     **Wednesday August 31, 2016 at 11:30 a.m.**

LOCATION:                                          U.S. Courthouse and Federal Building, 5th Floor,
                                                              100 N. Church, Las Cruces, NM, before
                                                              U.S. Magistrate Judge LOURDES A. MARTÍNEZ

    <u>**The Court shall initiate the call - if counsel will be at a phone number that is different than the one listed on the Court's docket, please notify Judge Martinez' chambers**</u>.  The Court's phones can only accommodate up to six telephone lines, including the Court's.  If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

                                                   _____
                                                   **LOURDES A. MARTÍNEZ**
                                                   **UNITED STATES MAGISTRATE JUDGE**